UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

BENJAMIN AND BRANDI AKERS,   )
                              )
    Plaintiffs,               )
                              )
v.                            ) Case No. 4:13-cv-378HEA
                              )
MEDICREDIT, INC.              )
                              )
    Defendant.                )

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Benjamin and Brandi Akers, and Defendant Medicredit, Inc. jointly stipulate to the dismissal of all claims against Defendant with prejudice, each party to bear her/its own costs.

Dated: June 25, 2013.

                                            EASON & VOYTAS, LLC

                                            s/ James W. Eason

                                            _____
                                            JAMES W. EASON, #MO57112
                                            RICHARD A. VOYTAS, #MO52046
                                            Eason & Voytas, LLC
                                            One North Taylor Avenue
                                            Saint Louis, Missouri 63108
                                            Phone: (314) 932-1066

                                            s/ Scott Dickinson

                                            _____
                                            Scott J. Dickinson
                                            7701 Forsyth Blvd., Suite 500
                                            Clayton, MO 63105
                                            Telephone:  314-613-2800